IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DANA BOWMAN, § § Plaintiff, § § v. § EP-16-CV-100-KC § MARFAM ENTERPRISES, LTD., and § GM CONSTRUCTORS, LLC, § § Defendants. § | |

### ORDER

On this day, the Court considered Plaintiff Dana Bowman's Stipulation For Dismissal With Prejudice, ECF No. 47, filed on January 27, 2017 in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 31st day of January, 2017.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE